# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BRAXTON,<br>    Plaintiff, | :<br>:<br>: |
| vs. | :    CIVIL ACTION NO. 25-CV-540<br>: |
| FEDERAL DETENTION CENTER PHILADELPHIA,<br>    Defendant. | :<br>:<br>: |

## ORDER

AND NOW, this 28th day of April, 2025, upon consideration of Plaintiff Anthony Braxton's *pro se* Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4) and Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 4) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Braxton's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's accompanying Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ John Milton Younge
**JOHN MILTON YOUNGE, J.**